LAW OFFICE OF W. DEREK MAY
W. Derek May, CSB#246327
400 N. Mountain Ave. Suite 215B
Upland, CA 91786
Telephone:  (909) 920-0443
Facsimile:   (909) 912-8114
wdmlaw17@gmail.com

Attorneys for Debtor

**FILED & ENTERED**

AUG 08 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle              DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re:

CHASE MERRITT GLOBAL FUND LLC

    Debtor.

Case No. 8:21-bk-10135-ES

Chapter 11
Subchapter V

**ORDER GRANTING APPLICATION FOR FINAL DECREE**

**Hearing:**
Date:    August 4, 2022
Time:    10:30 a.m.
Place:   Courtroom 5A (Zoom)

The Court has reviewed the Debtor's application for final decree and finding good cause therefor, orders as follows:

1. The final decree is entered; and

2. The clerk is ordered to close this case forthwith upon entry of this order.

**IT IS SO ORDERED.**

#####

Date: August 8, 2022

Erithe Smith
United States Bankruptcy Judge